S:\GW\CIVIL\USA 11-8152\LA11CV08152GW-O JS-6.docx

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. MARK. J. BROOKS,<br><br>Plaintiffs,<br><br>vs.<br><br>ARBON EQUIPMENT CORPORATION, RITE HITE HOLDING CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 11-8152-GW(VBKx)<br>[Judge: Hon. George H. Wu]<br><br>ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

Pursuant to the Stipulation of plaintiffs and defendants, by and through their attorneys of record and pursuant to Federal Rules of Civil Procedure, Rule 41, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with said parties to bear their own fees and costs, except as otherwise provided in the parties' settlement agreement.

///

///

///

_____
ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS FURTHER ORDERED that the Court will retain jurisdiction over this matter for the sole purpose of enforcing the terms and conditions of the parties' settlement agreement.

IT IS SO ORDERED.

Date:  December 17, 2014   _____ /s/ George H. Wu _____
GEORGE H. WU, U.S. DISTRICT JUDGE

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807

2
ORDER OF DISMISSAL OF ACTION WITH PREJUDICE